# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

December 12, 2019

**Via ECF**

The Honorable Arlene R. Lindsay
United States District Court
 For the Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

Re:   *Wu v. Aero Opco LLC*, **No. 2:19-cv-06029-JS-ARL**
      **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Lindsay:

We represent defendant Aero Opco LLC ("Defendant") in the above-referenced action. Pursuant to Rules 1(A) and 1(D) of Your Honor's Individual Practices, we write with the consent of counsel for plaintiff Kathy Wu ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint to from December 27, 2019 to January 27, 2020. This is Defendant's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Defendant states that it recently has been engaged in this matter and needs time to become familiar with the relevant facts and allegations.  As noted above, Plaintiff's counsel consents to this request.  If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)